IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

D. WALLACE MITCHELL,

    Petitioner,

-vs-

CHARLES A. DANIELS, *Warden*,

    Respondent.                      No. 06-cv-624-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 24, 2014 (Doc. 298), the Report and Recommendation of Magistrate Judge Stephen C. Williams is **ADOPTED** with modifications. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED with prejudice** as a sanction for fraud upon the Court. Petitioner is **FINED $1,000** for his fraud on the Court. In the alternative the petition is **DENIED as moot**.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:  *s/Sara Jennings*
                                               Deputy Clerk

**DATED:** March 24, 2014

Digitally signed by David R. Herndon
Date: 2014.03.24 16:32:40 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**